IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN -1  PM 4:01

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| EDWARD TUCKER, | X | |
| Plaintiff, | X | |
| vs. | X | No. 04-2958-Ma/An |
| SHERIFF BILL KELLY, | X | |
| Defendant. | X | |

ORDER CORRECTING THE DOCKET
AND
ORDER TO MAIL APRIL 20, 2005 ORDER TO PLAINTIFF
AT HIS ADDRESS OF RECORD

Plaintiff Edward Tucker, Tennessee Department of Correction prisoner number 140105, who was, at the time he commenced this action, an inmate at the Fayette County Jail in Somerville, Tennessee, filed a pro se complaint pursuant to 42 U.S.C. § 1983 in the Eastern Division of this district on November 5, 2004. Chief Judge James D. Todd issued an order on November 16, 2004 transferring the case to this division, where it was docketed on November 22, 2004. The Court issued an order on April 20, 2005 directing the plaintiff, within thirty days, to comply with the Prison Litigation Reform Act of 1995 ("PLRA"), 28 U.S.C. § 1915(a)-(b), or pay the $150 civil filing fee.[1] The plaintiff's copies of that order and the in forma pauperis affidavit were returned by the post office on May 13 and 17, 2005 with the

---

[1] The Court's previous order erroneously stated that the Jail was located in Covington, Tennessee.

notation that they were undeliverable as addressed. An examination of the docket sheet indicates that the order and affidavit were sent to an address other than the one supplied by the plaintiff when he filed his complaint. Accordingly, the Clerk is ORDERED to correct the docket to reflect that the plaintiff's mailing address **for purposes of this case only** is P.O. Box 219, Somerville, Tennessee 38068.[2] The Clerk is further ORDERED to mail a copy of the April 20, 2005 order, along with the prisoner in forma pauperis affidavit, to the plaintiff at his address of record. The time set for compliance with that order is extended until and including thirty (30) days from the date of entry of this order.

    IT IS SO ORDERED this 31st day of May, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

---

[2] This plaintiff commenced several lawsuits at approximately the same time using different mailing addresses. The correction to the plaintiff's address in this action is not intended to alter the docket in any of the plaintiff's other pending cases.

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:04-CV-02958 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Edward Tucker
140105
1801 So. College St.
Covington, TN 38019

Honorable Samuel Mays
US DISTRICT COURT